UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR E. TORRES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>C.E. DUCART,<br><br>　　　　Respondent. | NO. CV 14-2235-VBF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those matters to which Objections have been stated.

In his Objections, Petitioner correctly observes two errors on page 3 of the Report, specifically, the references to "Petitioner" at p. 3, ln. 16, and p. 3, ln 26. Read in context, it is clear that these were inadvertent typographical errors and that the intended reference was to "Sanchez."

Petitioner also repeats his request for an evidentiary hearing. For the reasons set forth in the Report (at pp. 45-46), the Court concludes that an evidentiary hearing is not needed or warranted in this case.

With the exception of the need to substitute "Sanchez" for "Petitioner" at p. 3, lines 16 and 26, nothing in the Objections alters or affects the findings and conclusions in the Report. With that substitution, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 28, 2017.

*/s/ Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE