UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR E. TORRES,** | NO. CV 14-2235-VBF (GJS) |
| Petitioner, | |
| v. | JUDGMENT |
| **C.E. DUCART,** | |
| Respondent. | |

Pursuant to the Court's concurrently-issued Order Accepting Findings and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: June 28, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE